**No. 09-11473. Johnny D. Richardson, Petitioner v. John McHugh, Secretary of the Army.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9530.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 882, 131 S. Ct. 205, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6628.

**No. 10-183. Fred Samson, Petitioner v. James Manley, et al.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9510.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 962, 131 S. Ct. 468, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7994.

**No. 10-295. James B. Veasaw, Petitioner v. United States, et al.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9469.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 964, 131 S. Ct. 480, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8062.

**No. 10-5121. Genaro Campos, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9546.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 905, 131 S. Ct. 244, 178 L. Ed. 2d 163, 2010 U.S. LEXIS 6429.

**No. 10-5151. Gwen Bittan, Petitioner v. Hawaii Department of Human Services.**

562 U.S. 1103, 131 S. Ct. 814, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9487.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 906, 131 S. Ct. 250, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 7138.

**No. 10-5200. Bryan Keith Hogan, Petitioner v. Florida.**

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9495.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 909, 131 S. Ct. 257, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 6985.

**No. 10-5212. Marlin E. Jones, Petitioner v. Terry L. Burns.**

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9551.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 909, 131 S. Ct. 259, 178 L. Ed. 2d 171, 2010 U.S. LEXIS 7114.